Ahren A. Tiller, Esq. [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
DANEIL SHEPARD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANEIL SHEPARD,<br><br>         Plaintiff,<br><br>   vs.<br><br>LENDINGCLUB BANK, NATIONAL ASSOCIATION<br><br>         Defendant(s), | Case No.: 3:22-cv-02059-JES-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br><br>Hon. Todd W. Robinson |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECIVE COUNSEL OF RECORD:

   PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff DANEIL SHEPARD ("Plaintiff") hereby voluntarily dismisses all claims against Defendant LENDINGCLUB BANK, NATIONAL ASSOCIATION, and this

1 entire action, with prejudice.

2     In support of said dismissal, Plaintiff avers as follows:

3     On December 28, 2022, Plaintiff filed the operative Complaint (ECF 1).

4     As of the date of this Notice, Defendant LENDINGCLUB BANK,
5 NATIONAL ASSOCIATION, has not filed an answer nor a motion for summary
6 judgment, nor a counterclaim.

7     The Parties have since fully resolved the Matter.

8     WHEREAS, Plaintiff now seeks to have all claims against Defendant
9 LENDINGCLUB BANK, NATIONAL ASSOCIATION, and this Entire Action,
10 dismissed with prejudice. The parties shall each bear their own fees and costs.

12 Dated: July 14, 2023,     By:    *s/ Ahren A. Tiller*
13     ahren.tiller@blc-sd.com

14     Ahren A. Tiller
15     BLC Law Center, APC
    Attorneys for Plaintiff

# PROOF OF SERVICE

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste 1100 San Diego, Ca 92101. I am an attorney admitted to practice in the United States District Court for the Southern District of California.

I possess personal knowledge of the facts contained herein, and do hereby declare as follows:

On July 14, 2023, I served the following documents:

☒ NOTICE OF VOLUNTARY DISMISSAL

By the following method(s):

☒ ECF/Notice of Electronic Filing ("NEF"):

On: Marcos D. Sasso - marcos.sasso@morganlewis.com

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 14, 2023,   By:   s/ Ahren A. Tiller
ahren.tiller@blc-sd.com

Ahren A. Tiller
BLC Law Center, APC
Attorneys for Plaintiff